[No. 33752-1-I.     Division One.   May 8, 1995.]

*In the Matter of the Marriage of* CATHY BROOKING ENGST, *Respondent, and* EDWARD DAVID ENGST, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-3-00195-1, Steven J. Mura, J., entered July 21,

1993. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Grosse, JJ.